UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>                  Plaintiff,<br><br>   v.<br><br>DIRECTOR McGRATH, MEDICAL SUPERVISOR ORDAZ and NAPH CARE MEDICAL DEPARTMENT,<br><br>                  Defendants, | NO: 2:18-CV-0238-TOR<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

By Order filed September 7, 2018, the Court directed Plaintiff, a *pro se* prisoner at the Airway Heights Corrections Center, to show cause why his application to proceed *in forma pauperis* should not be denied under 28 U.S.C. § 1915(g). ECF No. 7. In the alternative, Plaintiff was granted the opportunity to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee), to commence this action.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 1

On September 11, 2018, Plaintiff submitted a Response, ECF No. 8. He does not refute the Court's finding that he has three or more "strikes" under 28 U.S.C. § 1915(g). Rather, Plaintiff asks that he be allowed to proceed with this case because the actions of Defendants at the Spokane County Jail have resulted in irregular heartbeats and fainting spells due to low blood pressure.

These assertions are insufficient to demonstrate that Plaintiff was under imminent danger of serious physical injury on July 27, 2018, when he submitted his complaint to the Court. ECF No. 1. Consequently, he has failed to overcome the preclusive effects of 28 U.S.C. § 1915(g). *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule).

Therefore, **IT IS ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis* is **DENIED.**

2. This action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. § 1914.

//

//

//

//

//

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** October 10, 2018.



                    Thomas O. Rice
                    THOMAS O. RICE
                    Chief United States District Judge