# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHANNON BRUCE MORLEY, )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>DIRECTOR McGRATH, MEDICAL SUPERVISOR<br>ORDAZ and NAPHCARE MEDICAL DEPARTMENT<br>*Defendant* | Civil Action No. 2:18-CV-0238-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED for failure to pay the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.


Date: October 10, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen